UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 04/30/24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES OF AMERICA

v.

MIGUEL HIDALGO

CASE NO. 5:24-cr-53-TPB-PRL
18 U.S.C. § 242

**SEALED**

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 31, 2022, in the Middle District of Florida, the defendant,

**MIGUEL HIDALGO,**

a United States Bureau of Prisons Corrections Officer, while acting under color of law, did assault M.E., by striking him repeatedly in the head and chest area, resulting in bodily injury to M.E., willfully depriving him of a right secured and protected by the Constitution and laws of the United States; that is, the right not to be subjected to cruel and unusual punishment by one acting under color of law.

1

In violation of 18 U.S.C. § 242.

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Swartzberg*
Sarah Janette Swartzberg
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

2

FORM OBD-34
April 24

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

MIGUEL HIDALGO

INDICTMENT

Violations: 18 U.S.C. § 242.

A true bill,

_____
Foreperson

Filed in open court this 30th day

of April 2024.

_____M. Taylor_____
Clerk

Bail $_____

GPO 863 525