UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 5:24-cr-53-TPB-PRL

MIGUEL HIDALGO
_____

**ORDER**

Pursuant to the Report and Recommendation. (Doc. 36) of the United States Magistrate Judge, the plea of guilty of the defendant to Count One of the Indictment. is now **ACCEPTED** and the defendant, Miguel Hidalgo, is **ADJUDGED GUILTY** of such offense. Defendant is advised that should incarceration be imposed, he should have his affairs in order and be prepared to be taken into custody in the courtroom at the conclusion of the sentencing hearing. Self-surrender at a later date is generally not permitted absent compelling circumstances.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Golden-Collum Memorial Federal building and the United States Courthouse, 207 Northwest Second Street, Ocala, Florida 34475, on **March 28, 2025 at 1:00 PM**. **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.**

**DONE AND ORDERED** in Ocala, Florida on this January 17, 2025.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**